| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN P. CHANG, State Bar No. 221783<br>LAW OFFICES OF STEVEN P. CHANG<br>801 S. Garfield Ave., Suite 338<br>Alhambra, CA 91801<br>Telephone No. (626) 281-1232<br>Facsimile No.  (626) 281-2919<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – <u>RIVERSIDE</u>            DIVISION

| In re:<br><br>David Hines,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:12-bk-31446MJ<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 10/29/2012<br>TIME:  1:30 pm<br>COURTROOM: 301<br>FLOOR: 3rd |
|---|---|

1. TO: <u>Wells Fargo Bank, National Association</u>

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:    ☐ 255 East Temple Street, Los Angeles         ☐ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills     ☐ 1415 State Street, Santa Barbara
   ☑ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:**  The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: _10/5/12_

Law Offices of Steven P. Chang
_____
Printed name of law firm *(if applicable)*


Steven Chang
_____
Printed Name of Individual Debtor
or Attorney for Debtor

_____
Signature of Individual Debtor
or Attorney for  Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                                    Page 2                                    **F 4003-2.4.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: David Hines                                    )

NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent): Wells Fargo Bank, National Association

1.  **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address:     22434 Glenwood Dr

    Unit number:     _____

    City, state, zip code:     Crestline CA 92325

    Legal description of Property or document recording number (*including county of recording*):

    _____

    _____

    ☑ See attached page for legal description of Property or document recording number.

2.  **Case History:**

    a.  A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on (*specify petition date*): 9/17/2012                .

    b.  ☐ An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3.  **Grounds for Avoidance of Junior Lien:**

    a.  As of (*date of title review*) 9/17/2012            , the Property is subject to the following liens in the amounts specified securing the debt against the Property that the debtor seeks to have treated as indicated:

        (1) (*Name of holder of 1st lien*) Wells Fargo Bank, National Association      in the amount of $ 177,212.00            .

        (2) (*Name of holder of 2nd lien*) Wells Fargo Bank, National Association      in the amount of $ 209,561.00            ☑ is ☐ is not  to be avoided;

        (3) (*Name of holder of 3rd lien*) _____      in the amount of $ _____ ☐ is ☐ is not  to be avoided;

        ☐ See attached page for additional lien(s).

        As of (*date of valuation/appraisal*) 9/23/2012            , Property is worth no more than (*value per valuation/appraisal*) $ 175,000.00            .

    b.  As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                        Page 3                        **F 4003-2.4.MOTION**

c.  **Evidence in Support of Motion:**

(1) ☑ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*)
    Mortgage Statement_____, attached hereto and identified as Exhibit A__ .

(2) ☑ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*)
    Mortgage Statement_____, attached hereto and identified as Exhibit B__ .

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*)
    _____, attached hereto and identified as Exhibit ___ .

(4) ☐ The relative priority of the liens encumbering the Property is established by evidence attached as
    Exhibit ___.

(5) ☑ The value of the Property from paragraph 3(b) is based on (*type of evidence*)
    Residential Broker Opinion_____, attached as Exhibit C__ .

(6) ☑ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence (*specify/identify supplemental evidence*): _____
    _____, attached as Exhibit ___.

d.  **WHEREFORE, Debtor prays that this Court issue an Order granting this Motion and establishing
    that:**

(1) The Property is valued at no more than (*requested value*) $ 175,000.00_____.

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance
    payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a
    chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured
    claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon:  Debtor's ☐ completion of the
    chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the
    corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the
    conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or
    if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan or ☑ receipt of
    a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest
    and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and
    receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than
    necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior
    lien(s).

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                Page 4                            **F 4003-2.4.MOTION**

e.  ☐  See attached continuation page for additional provisions.

Date: _____

Respectfully submitted,

By: _____
    Signature of Debtor or Attorney for Debtor

Name:  Steven P. Chang
          Printed Name of Debtor or Attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                           Page 5                           **F 4003-2.4.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

801 S. Garfield Ave Ste 338 Alhambra CA 91801

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND**_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____10/5/12_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Rod Danielson: notice-efile@rodan13.com
US Trustee: ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On ____10/5/12____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: __10/5/12__          Signature: _____

                           Printed Name: __Vivian Quach_____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                         Page 6                         **F 4003-2.4.MOTION**

2. **SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
   *(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
   *(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)* <br> Attn: President, David Galasso <br> Wells Fargo Bank, National Association <br> 101 N. Phillips Avenue <br> Sioux Falls SD 57104 | Address from: <br> ☐ Proof of claim ☑ Secretary of State <br> ☐ FDIC website ☐ Other *(specify)*: | Delivery Method <br> ☐ United States mail <br> ☑ Certified mail – Tracking # <br> ☐ Overnight mail – Tracking # <br> Carrier Name: <br> 70120470000194681305 |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)* <br> Wells Fargo Bank, National Association <br> Corporation Service Company which will do Business in California as CSC Lawyers Incorporating Service <br> 2710 Gateway Oaks Dr Ste 150N <br> Sacramento CA 95833 | Address from: <br> ☐ Proof of claim ☑ Secretary of State <br> ☐ FDIC website ☐ Other *(specify)*: | Delivery Method <br> ☐ United States mail <br> ☑ Certified mail – Tracking # <br> ☐ Overnight mail – Tracking # <br> Carrier Name: <br> 70120470000194681312 |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | Address from: <br> ☐ Proof of claim ☐ Secretary of State <br> ☐ FDIC website ☐ Other *(specify)*: | Delivery Method <br> ☐ United States mail <br> ☐ Certified mail – Tracking # <br> ☐ Overnight mail – Tracking # <br> Carrier Name: |

| 2nd lienholder *(name and address)* <br> Attn: President, David Galasso <br> Wells Fargo Bank, National Association <br> 101 N. Phillips Avenue <br> Sioux Falls SD 57104 | Address from: <br> ☐ Proof of claim ☑ Secretary of State <br> ☐ FDIC website ☐ Other *(specify)*: | Delivery Method <br> ☐ United States mail <br> ☑ Certified mail – Tracking # <br> ☐ Overnight mail – Tracking # <br> Carrier Name: <br> 70120470000194681329 |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* <br> Wells Fargo Bank, National Association <br> Corporation Service Company which will do Business in California as CSC Lawyers Incorporating Service <br> 2710 Gateway Oaks Dr Ste 150N <br> Sacramento CA 95833 | Address from: <br> ☑ Proof of claim ☑ Secretary of State <br> ☐ FDIC website ☐ Other *(specify)*: | Delivery Method <br> ☐ United States mail <br> ☑ Certified mail – Tracking # <br> ☐ Overnight mail – Tracking # <br> Carrier Name: <br> 70120470000194681334 |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* | Address from: <br> ☐ Proof of claim ☐ Secretary of State <br> ☐ FDIC website ☐ Other *(specify)*: | Delivery Method <br> ☐ United States mail <br> ☐ Certified mail – Tracking # <br> ☐ Overnight mail – Tracking # <br> Carrier Name: |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                    Page 7                        **F 4003-2.4.MOTION**

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| 3rdd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| Alternative/additional address<br>*(name and address)*<br>Rod Danielson<br>Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| Alternative/additional address<br>*(name and address)*<br>Honorable Meredith Jury<br>United States Bankruptcy Court<br>3420 Twelfth Street, Suite 325<br>Riverside, CA 92501 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                     Page 8                     **F 4003-2.4.MOTION**

1  STEVEN P. CHANG, State Bar No. 221783
2  **LAW OFFICES OF STEVEN P. CHANG**
   801 S. Garfield Ave., Suite 338
   Alhambra, CA 91801
3  Telephone No. (626) 281-1232
4  Facsimile No.  (626) 281-2919

5  ATTORNEY FOR DEBTOR
   David Hines

6

7                    **UNITED STATES BANKRUPTCY COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

9  In re:                                    Case No.: 6:12-bk-31446MJ

10
                                             Chapter 13
11
   David Hines,                              **DECLARATION OF DEBTOR**
12

13

14

15              Debtor(s).

16

17                      **DECLARATION OF DEBTOR**

18      I, David Hines, say and declare:

19      1. I am over the age of 18 and if called as a witness could testify competently to the

20 following facts, which are all within my own personal knowledge, except for matters stated on

21 the basis of information and belief; and as to such matters, I believe them to be true.

22      2. I am the debtor and moving party in the herein Chapter 13 bankruptcy.

23      3. I own and occupy as my only residence the single family residence located at 22434

24 Glenwood Dr Crestline CA 92325.

25      4.  I am familiar with the housing prices in or around this community where my property

26 is located.

27      5. Based on my observation and comparing the recent sales prices of housing in close

28 proximity with my house, I believe my house is valued at approximately $175,000.

6. Wells Fargo Bank, National Association is the first and second trust deed holder of the property.

7. The current balances owing under the first and second trust deeds are in the respective amounts of $177,212.00 and $209,561.00.

8. Due to the nationwide decline in real estate property values, loan-to-value ratios have been altered, and this is true of the subject property as well.

9. As demonstrated by comparison of the current fair market value of my property in contrast to the trust deeds securing promissory notes thereon, there is no value whatever securing the $209,561.00 second trust deed.

10. The appended points and authorities establish that an encumbrance unsecured by value should be treated as an unsecured claim. For that reason, I have moved to strip the above second trust deed lien as an encumbrance on my above residence.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 27, 2012 at Riverside, California.

By _David Hines_____
    David Hines
    DECLARANT

- 2 -

EXHIBIT A

AUG-07-2012 TUE 11:37 AM DCSS TEAM #7                    FAX NO. 9519559835                P. 02

 **WELLS FARGO | HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

| | |
|---|---|
| Statement date | 07/24/12 |
| Loan number | 0048296131 |
| Property address | |
| 22434 GLENWOOD DRIVE | |
| CRESTLINE CA 92325 | |

**Customer Service** 💻 Online
wellsfargo.com

📠 Fax
1-866-278-1179

☎ Telephone
1-866-234-8271

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

📧 Payments
PO Box 30427
Los Angeles CA 90030

We accept telecommunications relay service calls.

02754/000000/003029 0000   1 APJGZ 708

DAVID J HINES
NORMA S HINES
20019 DARTMOUTH AVE
RIVERSIDE, CA  92507-6615



## Summary

| | | | |
|---|---|---|---|
| Payment (principal and/or interest) | $1,135.58 | Unpaid principal balance | $177,212.76 |
| Current monthly payment 08/01/12 | $1,135.58 | *(Contact Customer Service for your payoff balance)* | |
| Overdue payment(s) 12/01/11 - 07/01/12 | $9,084.64 | Interest rate | 5.500% |
| Unpaid late charge(s) | $454.24 | Interest paid year-to-date | $0.00 |
| Other charges | $90.00 | | |
| **Total payment due 08/01/12** | **$10,764.46** | | |

\* No transactions have occurred on your loan between the last billing statement and this statement date.

---

*Please detach and return with your payment.*

**WELLS FARGO | HOME MORTGAGE**

| | |
|---|---|
| Loan number | 0048296131 |
| Current monthly payment due | $1,135.58 |
| Total payment due 08/01/12 | $10,764.46 |
| After 08/16/12 add late charge | $56.78 |
| Total amount due after 08/16/12 | $10,821.24 |

*Check here and see reverse for address correction.*

DAVID J HINES
NORMA S HINES
02754/000000/003029 0000  1 APJGZ 708

WELLS FARGO HOME MORTGAGE
PO BOX 30427
LOS ANGELES CA  90030-0427

| | | |
|---|---|---|
| Monthly payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

*Please specify additional funds*

708  0048296131 7 10000113558011923610764461022022 00000009170531036 7

EXHIBIT B

12-16

# Account Statement

Statement Date: July 21, 2012
Page 1 of 5
651 2200285 1998

1-4

DAVID JAMES HINES
NORMA SUE HINES
20019 DARTMOUTH AVE
RIVERSIDE CA 92507-6615

## Customer Service

**Telephone**
**1-800-TO-WELLS (1-800-869-3557)**

**Online Banking**
**www.wellsfargo.com**

**Correspondence**
**Wells Fargo Bank, N.A.**
**PO Box 4233**
**Portland, OR 97208-4233**

Do not send payment to this address

## Payments

**By mail**
**Wells Fargo Bank, N.A.**
**PO Box 54780**
**Los Angeles, Ca 90054-0780**

**Overnight mail**
**Wells Fargo Bank, N.A.**
**Attn:Payment Services**
**2324 Overland Dr.**
**Billings, MT 59102-6401**

**Principal only payments**
**Wells Fargo Bank, N.A.**
**PO Box 515485**
**Los Angeles, Ca 90051-6785**

## EquityLine with FlexAbility ℠

David James Hines
Norma Sue Hines
**Account Number:** 651 2200285 1998

## Activity summary

| | |
|---|---|
| Approved line of credit | $207,200.00 |
| Credit in use: | |
| Line 651 2200285 1998 | $209,561.48 |
| Total credit in use | $209,561.48 |
| Available credit* | $0.00 |
| Beginning balance owed** | $214,905.73 |
| Ending balance owed** | $215,658.32 |

*Line of Credit Restricted.
**These balances include unpaid finance charges and other unpaid fees and charges.
The ending balance owed is not a payoff amount. If you want to pay off and close
your Home Equity Line of Credit, please contact Customer Service for detailed payoff
instructions. Payoffs attempted in other ways may not close the account, resulting in a
delay of the release of your collateral.

EXHIBIT C

### Declaration of Patricia Hernandez

I, Patricia Hernandez, declare as follows:

1. I am a realtor hired by David Hines ("Debtor(s)").

2. I make this declaration based upon my personal and firsthand knowledge, my education, training, and experience in the field of real estate appraisals and broker price opinions and if called as a witness, I could and would competently and truthfully testify under oath thereto.

3. I have obtained my realtor's license.

4. I perform approximately 1 to 10 broker price opinions per month.

5. On or about September 23, 2012, I had occasion to conduct a broker price opinion of the Subject Property.   A true and correct copy of the broker price opinion is attached hereto and incorporated by reference herein as  "Exhibit C."

6. In preparing this broker price opinion, I performed market research, inspected the residence, both interior and exterior, measured the residence to determine the square footage, and surveyed the immediate neighborhood.

7. In determining the fair market value of the subject property, I used the sales comparison approach, with the greater weight given to the sales comparison approach.  I consider the sale approach to be most reliance in determining the fair market value because it more accurately simulates buyer's perceptions and actions.

8. Based upon my observation, inspection of the subject property, and market research as well as my training, education, and experience as a realtor, it is my professional opinion that the subject property has a fair market value of **$175,000.00** as of September 23, 2012.

9. I have no present or contemplated future interest in the Subject Property.  Neither my employment nor compensation for this broker price opinion is contingent upon the value found.

1  I declare under the penalty of perjury under the Laws of the United States of America that the

2  foregoing is true and complete to the best of my knowledge.

3

4  Executed at _Los Angeles_____, California on _5___ day of October 2012.

5

6

7                                        /s/ Patricia Hernandez

8                                        Patricia Hernandez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEP-25-2012 TUE 08:58 AM DOSS TEAM #7   FAX NO. 9519558835   P.

# RESIDENTIAL BROKER PRICE OPINION

Loan #:

REO #: This BPO is the ☒ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only   DATE   09/23/2012

PROPERTY ADDRESS: 22454 Glenwood Dr Crestline CA 92325

SALES REPRESENTATIVE:

CLIENT NAME:

FIRM NAME: Tarbell Realtors   COMPLETED BY: David J. Hines   Patricia Hernandez

PHONE NO. (951)500-6041   FAX NO. (951)789-7540

## I. GENERAL MARKET CONDITIONS

| | | | | |
|---|---|---|---|---|
| Current market condition: | ☐ Depressed | ☐ Slow | ☒ Stable | ☐ Improving | ☐ Excel |
| Employment conditions: | ☐ Declining | ☒ Stable | ☐ Increasing | | |
| Marketprice of this type property last: | ☐ Decreased | ____% in past ____ months | | |
| | ☐ Increased | ____% in past ____ months | | |
| | ☒ Remained stable | | | |

Estimated percentages of owner vs. tenants in neighborhood: ____% owner occupant ____% tenan

There is a ☒ Normal supply ☐ oversupply ☐ shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood:

No. of competing listings in neighborhood that are REO or Corporate owned:

No. of boarded or blocked-up homes:

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 40,500 to $ 200,000

The subject is an ☐ over improvement ☐ under improvement ☒ Appropriate improvement for the neighborhood.

Normal marketing time in the area is: ____ days.

Are all types of financing available for the property? ☒ Yes ☐ No If no, explain

Has the property been on the market in the last 12 months? ☒ Yes ☐ No If yes $ 138,000 list price (include MLS printo.

To the best of your knowledge, why did it not sell? Shortsale listing, cancelled/withdrawn

Unit Type: ☒ single family detached ☐ condo ☐ Jo-op ☐ mobile home
☐ single family attached ☐ townhouse ☐ modular
If condo or other association estim: Fee $ ☐ monthly ☐ annually Current? ☐ Yes ☐ No Fee delinquent $
The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis Other

Association Contact: Name: ____ Phone No.:

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | +/-Adjustment | COMPARABLE NUMBER 2 | +/-Adjustment | COMPARABLE NUMBER 3 | +/-Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 22454 Glenwood Dr Crestline CA 92325 | 22726 Laurel Lane Crestline CA 92325 REO/Corp☐ | | 22319 Birkwood Crestline Ca 92325 REO/Corp☐ | | 423t Tegley Ln Crestline 92325 REO/Corp☐ | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ | $ 136,000 | | $ 143,000 | | $ 105,000 | |
| Price/Gross Living Area | $ Sq. Ft. | $ 70.00 Sq. Ft. | | $ 76.00 Sq. Ft. | | $ 55.00 Sq. Ft. | |
| Sale Date & Days on Market | | 6/8/2012-19 DAYS | | 1/23/2012-121 days | | 01/09/2012-103 day | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +/-Adjustment | DESCRIPTION | +/-Adjustment | DESCRIPTION | +/-Adjust |
| Sales or Financing Concessions | | FHA-$4795 closing cost concession | | Conventional-0 concessions | | FHA-$6,300 closing cost | |
| Location | | | | | | | |
| Leasehold/Fee Simple | | | | | | | |
| Site | | | | | | | |
| View | | | | | | | |
| Design and Appeal | | | | | | | |
| Quality of Construction | | | | | | | |
| Age | 44 yrs | 48 yrs | | 33yrs | | 34 yrs | |
| Condition | | | | | | | |

SEP-25-2012 TUE 09:04 AM DOSS TEAM #7          FAX NO. 9519558035          P.

| Above Grade | 7 | 3 | 1.5 | 6 | 3 | 2 | 7 | 3 | 2 | 7 | 3 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | Sq. Ft. | | | Sq. Ft. | | | Sq. Ft. | | | Sq. Ft. | | |
| Gross Living Area | | | | | | | | | | | | |
| Basement & Finished Rooms Below Grade | | | | | | | | | | | | |
| Functional Utility | | | | | | | | | | | | |
| Heating/Cooling | | | | | | | | | | | | |
| Energy Efficient Items | | | | | | | | | | | | |
| Garage/Carport | | | | | | | | | | | | |
| Porches, Patio, Deck | | | | | | | | | | | | |
| Fireplace(s), etc. | | | | | | | | | | | | |
| Fence, Pool, etc. | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Net Adj. (total) | □ + □ - | | $ 0 | □ + □ - | | $0 | □ + □ - | | $0 | □ + □ - | | $0 |
| Adjusted Sales Price of Comparable | $ | | | $ | | | $ | | | $ | | |

Fannie Mae Revised 6/99

Page 1 of 2

SEP-25-2012 TUE 08:04 AM DOSS TEAM #7    FAX NO. 9519959835    P.

REO#

Loan #

**IV. MARKETING STRATEGY**    Occupancy Status:  Occupied ☒  Vacant ☐  Unknown ☐

☒ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired  Most Likely Buyer: ☐ Owner Occupant ☐ Investor

**V. REPAIRS**
Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs that we perform that we recommend that we perform for most successful marketing of the property.

| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

GRAND TOTAL FOR ALL REPAIRS  $

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | COMPARABLE NUMBER 2 | COMPARABLE N |
|---|---|---|---|---|
| Address | 22434 Glenwood Dr | 460 Log Ln Crestline Ca 92325 | 23776 Skyland DR Crestline Ca 92325 | 450 Dalle DR Crest 92325 |
| | Crestline CA 92325 | REO/Corp☐ | REO/Corp☐ | REO# |
| Proximity to Subject | | | | |
| List Price | $ | $140,000 | $ 95,000 | $ |
| Price/Gross Living Area | $ | Sq. Ft. | $ 81.02 Sq.Ft. | $ 58.18 Sq.Ft. | $ 66.02 Sq.Ft. |
| Data and/or | | | | |
| Verification Sources | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +/−ADJUSTMENT | DESCRIPTION | +/−ADJUSTMENT | DESCRIPTION |
| Sales or Financing | | | | |
| Concessions | | | | |
| Days on Market | | | | |
| | | | | |
| Leasehold/Fee | | | | |
| Simple | | | | |
| | | | | |
| | | | | |
| | | | | |
| Condition | | | | |
| Above Grade | Total 7 | Bdrms 3 | Baths 1.5 | Total 8 | Bdrms 3 | Baths 2 | Total 7 | Bdrms 3 | Baths 2 | Total 6 | Bdrms 2 | Baths 1 |
| Room Count | | | | |
| Gross Living Area | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. |
| Basement & Finished Rooms Below Grade | Error: Reference | | | |
| | | | | |
| | | | | |
| Porches, Patio, Deck Fireplace(s), etc. | | | | |
| | | | | |
| Net Adj. (total) | | $0 | $0 | $0 |
| Adjusted Sales Price | | $ | $ | $ |
| of Comparable | | | | |

Data ane/or: 44 yrs

**VI. THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales).

Market Value
AS IS        $ 175,000
REPAIRED   $

Suggested List Price
$ 165,000
$

Last Sale of Subject,   Price $ 235,000        Date 04/23/2003

COMMENTS  (include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zone.
Attach addendum if additional space is needed.)

SEP-25-2012 TUE 09:04 AM DCSS TEAM #7                    FAX NO. 9519559835                    P.

Signature: _Patricia Hernandez_

Fannie Mae

Date: _9 - 25 - 12_

Page 2 of 2

SEP-25-2012 TUE 09:04 AM DOSS TEAM #7                FAX NO. 9519659035                P. 06/12

CRMLS Matrix                                                                          Page 1 of 1

## Residential Customer Full



**Status:** Withdrawn
**List Date:** 04/20/2012

List Price: $130,000
Orig. Price: $130,000

PType: Single Family Residence/D

Bed: 3
Bath(F,T,H,Q): 2,0,0,0
Sqft (SrC): 2,114 (A)
$/SqFt:
Stories: Two Level
Entry Location:
SchDist:
Elem:
Sale Type: Short Pay / Subject To Lender

APN#: 0263293130000
Zone:
AcisSrc(Sqi): 0.185/7,871(A)
Lot Dim:
Land:
Home:
Patio:
Horses:
HrznSm:

YrBuilt: 1968/ASR
Complex:
# Units:
HOA:
CCR:
Level 55+: No
Level 2?: No
HighSm:

Area: 286
MB:
BDRM: 18
CCOM: 110
View: Yes
Pool: Yes
FP: Yes

**Description:** Wonderful home located in the Angeles National Forest Close to Lake Gregory and Silverwood Lake, this gem is waiting for your Home is over 2100 square feet and is close to the 138 and 181 Come check out this wonderful home!

UP Include:
Features:
Roof:
Pool:
Cooling: None
Heating: Central
Utilities: Public Water
Ext Amn:
Fireplace: Living Room
Lot Community: Lot 6500-9599
Style:

View: Mountain
Pmkg:
Structure:
Exterior:
Laundry:
Interior:
Rooms: All Bedrooms Up
Appliances:
Floor:

Customer Full - Residential        MLS#1120921122

Printed By PATRICIA HERNANDEZ IRE: .1722957 On 9/25/2012 20:08 :12 PM

© 2012 CRMLS. Information is believed to be accurate, but shall not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

SEP-25-2012 TUE 09:04 AM DCSS TEAM #7    FAX NO. 9519559835    P. 07/12

Page 2 of



Status: Active
List Date: 09/23/2012

List Price: $140,000
Orig. Price: $140,000

5661 Balsam, Crestline 92325
ML# 12329903
PType: Single Family Residence/A

Beds: 3
Bath/(F/3/4/Q):
SqFt (Src): 1,278 (A)
V/Sqft: $93.82
Story/Location: Two Level
Stories: Ground Level With Steps
School:
Elem:
Site Type: Standard

Area:
Zone:
Ag/Sq/BR(Sc): 0.143/6,250(A)
Lot Dim:
Land:
Pool:
HPark: HPN

APN#: 0343133230008

V/Sub:    1970/ASR
Complex:
# Units:
HOA:
55+:
Leas#7:
Highest:    R2H

Area:    266
Min:    $140,633
DOM:    92
CDOM:    92
View:    Yes
Pool:    No
PP:    Yes

Directions: HIGH WAY 138 TO BALSAM TO REDWOOD WAY RIGHT ON LOG LANE
LP Include:
Description: TURNKEY HOME THAT IS IN MOVE IN CONDITION. SOME FURNITURE STAYS.
Features

Pool:    None
Cooling:    See Remarks
Heating:    Forced Air
Utilities:    Electricity + Available, Natural Gas, Sewer Connected &
Paid, Public Water, See Remarks

Eat Area:    Area
F/place:    Family Room, Living Room
HOA:
Style:    Traditional
Lot Community: Rural

View:    See Remarks
Parking:    Driveway
Structure:    Turnkey
Exterior:    Stucco Block
Laundry:    Inside
Interior:    Partially Furnished
Rooms:    Family Room
Appliances:    Refrigerator, Garbage Disposal, Washer Hookup
Floor:    Partially Carpeted

Customer Full - Residential    ML# 8123078603    Printed by PATRICIA HERNANDEZ DRE: 1722557 On 9/22/2012 10:05:47 P*

http://mrmlsmatrix.com/Matrix/Printing/PrintOptions.aspx?c=AEEAAD*****AQAAAAAAARAQ...    9/23/2012

## Residential Customer Full

22723 Skyland Dr., Crestline 92325
ML#: E1201430/S
Prtype: Single Family Residence/D

List Price: $95,000
Orig. Price: $140,000



Visual Tour

| | | |
|---|---|---|
| Status: | Active | |
| List Date: | 01/28/2012 | |

| Beds: | 3 | APN#: | 0338361095000 | YrBuilt: | 1970/ASR | Area: | 286 |
| Baths(F/H/Q): | 2,0,0,0 | Zone: | | Complex/Tract: | | Hb: | 516-M4 |
| SqFt (SrC): | 1,097 (AX) | Ac/Lot(SrC): | 0.050/A,046(A) | # Units: | | DOM: | 232 |
| #SqFt: | $86.15 | List Dm: | | HOA: | | CDOM: | 232 |
| Stories: | | Land: | | 55+: | No | View: | Yes |
| Entry Location: | Top Level | Model: | | View: | No | Pool: | No |
| SrDm: | | Pstco: | | Highsch: | | Pet: | Yes |
| Elem: | | Midsch: | | Lease?: | No | | |
| Sale Type: | Short Pay / Subject To Lender | | | | | | |

Directions: Turn on crest forest Dr to Skyland Dr and then turn right house is on the right side going up.

LP Incldes: personal hot/ncalgas, refrigerator
LP Excldes:

Description: This home is easy to get to from Skyland Drive. This home has living room with fireplace, dining area , and roomy kitchen. The basement has been sectioned into bedrooms, which you could keep or change back to an large open space, plus another bathroom. GREAT INVESTMENT OPPORTUNITY!

**Features**

| Roof: | Composition | View: | Trees/Woods |
| Pool: | None | Parking: | Driveway |
| Cooling: | None | Structure: | Floor, Repairs Cosmetic, Additions/Alterations |
| Heating: | | Exterior: | Wood |
| Utilities: | Public Water | Laundry: | |
| Ext areas: | Family Kitchen | Interior: | Shower |
| Fireplace: | Living Room | Rooms: | Converted Bedroom |
| HOA: | | Appliances: | Dishwasher |
| Style: | | Floor: | Laminated |
| Lot Community: | Mountainous | | |

Customer Full - Residential                ML#:E1201430/S              Printed by PATRICIA HERNANDEZ DRE: 1723857 On 9/23/2012 10:05 :47 P9



SEP-25-2012 TUE 09:05 AM DCSS TEAM #7              FAX NO. 9519658035                    P. 09/12

CRXMLS Matrix                                                                            Page 3 of 3

Status:    Active
Lst Date:  07/28/2012

646 Delia DR, Crestline 92325
MLP: E12065203
PType: Single Family Residence/D

List Price:  $140,000
Orig. Price: $174,900

Bed:            3
Bath(F,T,H,Q): 1,1,0,0
Sqft (Src):    1,553 (A)
$/Sqft:        $96.64
Stories:       Two Level
Entry Location:
SchDist:
Elem:
Sale Type:     Rint of the World
               Real Estate Owned

APN#:          02336160200
Zone:
AG/Co(Sb/Ct): 0.1417/6,440(A)
Lot Dim:
Lnd:           Fee
Horst:
Mobl:
MildalI:

YrBuilt:       1950/ASR
Complex:
# Units:
HOA:           No
55+:           No
Land1:         No
Highst:

Area:          286
MB:            2372.2
DOM:           55
CDOM:          55
View:          Yes
Pool:          No
PP:            Yes

LP Include:
Description:   Come check out this essentials home ! Main level features a nice cooking kitchen with breakfast bar, great room with
               fireplace, one bedroom and a bath. Two decks with lovely views! The home also has access from Lake drive.

Features
Roof:          Composition, Shingle                      View:          Lake, Peek-A-Boo, Trees/Woods
Pool:          None                                      Flooring:
Cooling:       Wall Window                               Structure:     Repairs Cosmetic
Heating:       Central Furnace                           Exterior:      Wood
Utilities:     Public Water                              Laundry:       Area
Ext Area:      Area                                      Interior:      Bathtub, Shower, Tile Counters, Smoke Detector,
Fireplace:     Living Room                                              Carbon Monoxide Detector(s), Gas Water Heater
HOA:                                                     Rooms:         Living Room
Style:                                                   Appliances:
Lot Community: Rural, Lot Shape-Rectangular              Floor:         Wall-To-Wall Carpet, Ceramic Tile

Customer Full - Residential                ML#:E12065203

Printed by PATRICIA HERNANDEZ ORB 1722357 On 9/23/2012 10:05 :47 PM

© 2012 CRMLS. Information is believed to be accurate, but shall not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

SEP-25-2012 TUE 09:05 AM DOSS TEAM #7                    FAX NO. 9510959835                    P. 10/12

GUVALS PHANIX

P. 10/12

Page 1 of 1

### Residential Customer Full



bing

©2012 NAVTEQ
©2012 Microsoft Corporation

Status:      Closed Sale
List Date:   04/06/2012

22226 Laurel Ln, Grualina 92235
MLF: 112644224
Prop:  Single Family Residence/D

Sold Price:  $135,000
Orig. Price: $136,900

Bed:              3
Bath(F,T,H,Q):    2,0,0,0
SqFt (SrC):       2,109 (A)
$/SqFt:           $64.44
Stories:          Two Level
Entry Location:   Ground Level With Steps
SchDis:
Elem:
Sale Type:        Real Estate Owned

APN#:       0343343130000
Zone:
 AcLnSqFt(SrC): 0.0897/4,140(A)
Lot Dim:
Lot(s):
Land:
Horse:
Prop:
Hirise:

Fee

YrBuilt:       1965/ASR
Complex:
# Units:
HOA:
55+:
Used?:
Highest:

No
No

Area:     286
Nd:
DOM:      12
CDOM:     12
View:     Yes
Pool:     No
Yr:       Yes

LP Includes:
Description:  Very clean four bedroom two bath home with 2109 sq ft.updated bathrooms and updated kitchen,Spacious l living room and good size kitchen.Easy parking,Homepath Financing offered.

Features:
Roof:
Pool:        None
Cooling:     None
Heating:
Utilities:   Public Water
Fat Area:
Fireplace:   Wood
HOA:
Style:
Lot Contruction: Rural

View:          Trees/Woods
Parking:
Structure:
Exterior:
Laundry:
Interior:
Rooms:         See Remarks
Appliances:
Floor:

Sold Date:   04/09/2012
Sold Price:  $135,900

MLF:112644224

CoCaPrc:
Contract Date:

$135,900
04/24/2012

Customer Full - Residential

© 2012 CRMLS. Information is believed to be accurate, but shall not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

Printed by PATRICIA HERNANDEZ DRE: 1723857 on 9/23/2012 10:06:54 PM

SEP-25-2012 TUE 09:05 AM DOSS TEAM #7          FAX NO. 9519650835          P. 11/12

CROSS MATRIX                                                              Page 1 of 1

## Residential Customer Full

Status: Closed Sale
Lst Date: 09/24/2011



Valley of (Enchantment)

Virtual Tour

bing                                          © 2012 Microsoft Corporation

22318 MATAGUAYO LY, Crestline 92325
MLS#: 11111973
Type: Single Family Residence/D

Sold Price: $145,000
Orig. Price: $140,000

| | | |
|---|---|---|
| Bed: | 3 | APN#: 0343721640200 |
| Bath(F/3/4Q): | 2.0,0,0 | Zone: |
| SqFt (Src): | 1,872 (A) | AC/Lot/SqFt: 0.2347,9,5954(A) |
| Stories: | $74.39 | Land: |
| Story Levels: | Three or More Levels | Gated: No |
| Entry Location: | Ground Level With Steps | Horse: Yes |
| SqSrc: | Rim of the World | HOA: No |
| Elem: | V29 | HiSch: MPH |
| Sale Type: | Short Pay / Subject To Lender | |

TaxID: 1979/ASR
Complex:
# Units:
HOA: $0
HOA2: No
Lease?: No
HighsSch: HIM

Area: 286
HB: 714820
ZOM: 111
CODM: 111
View: Yes
Pool: No
FP: Yes

Description: CLEAR MOUNTAIN HOME IN A NICE NEIGHBORHOOD BETWEEN VOE & CEDAR PINES PARK, 3 BEDROOMS (ONE IS MASTER SUITE WITH BATH WITH TUB AND SEPARATE SHOWER), 2 BATHS, OFFICE, LIVING ROOM AND FAMILY ROOM. BUILT-UP AREA FOR STORAGE AND A SMALL BARN FOR ANIMALS, FENCED REAR YARD, EASY CARE VINYL SIDING, VIEW DECKS. A LOT OF HOUSE FOR THE MONEY. GOOD SHAPE BUT AS IS.

### Features

| | |
|---|---|
| Roof: | Composition |
| Pool: | None |
| Cooling: | None |
| Heating: | Forced Air |
| Utilities: | Cable TV, Electricity - On Property, Natural Gas, Sewer Connected & Paid, Telephone - On Property, Public Water |
| Ext Area: | Living Room |
| Fireplace: | Living Room |
| Style: | |
| Lot Community: | Sewer, Sewer, Utilities - Overhead, Up Slope from Street, Back Yard |

View: Mountain, Trees/Woods
Parking: Driveway
Structure:
Exterior: Vinyl
Laundry: Area
Interior: Unfurnished
Rooms: Master Suite, Separate Family Room, Living Room, Study/Office
Appliance: Dishwasher, Garbage Disposal, Gas Dryer Hook Up
Floor:

Sold Date: 01/31/2012
Sold Price: $140,000

CurQ/FC: $145,000
Closed Date: 12/23/2011

Customer Full - Residential          MLS#11111973          Printed by PATRICIA HERNANDEZ ONE: 1721837 On 9/23/2012 10:07 :04 PM

© 2012 CRMLS. Information is believed to be accurate, but shall not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

http://turmilsmatrix.com/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAAAAQ...  9/23/2012



SEP-25-2012 TUE 09:06 AM DOSS TEAM #7          FAX NO. 8619858835          P. 12/12

Page 1 of 1

CRMLS Matrix

## Residential Customer Full

353 Doss Ln, Coulterville 93228
Prop: Single Family Residence/D

Status:    Closed Sale                                            Sold Price: $105,000
List Date: 08/04/2011                                            Orig. Price: $125,500

| | After: | DI42324120000 | TrBuilt: | 1976/ASR | | Area: | 286 |
| Bed: | 4 | Zone: | | Complex: | | HB: | 5148 |
| Bath(F,T,H,Q): | 3,0,0,0 | AcLtSqft(Src): | 0.1176/4,9510(A) | # Units: | | DOM: | 103 |
| Sqft (Src): | 1,600 (A) | Lot Dim: | | HOA: | | CDOM: | 103 |
| $/Sqft: | $55.56 | Level: | Fee | 55+: | No | View: | Yes |
| Stories: | Three or More Levels | Parcel: | | Lease: | No | Pool: | No |
| Entry Location: | Top Level | Patio: | Yes | HighSch: | | PP: | Yes |
| School: | Rim of the World | Midsrc: | | | | | |
| Elem: | | | | | | | |
| Site Type: | Real Estate Owned | | | | | | |

Directions: Hwy 138 to Waters Dr, then left on Today

UP Include:
Description:   price reduced 11/04/2011 3 bdrm, 2 bath home with a granny quarters downstairs off garage. Garage is a double attached garage. Good commuter freeular with easy access to Hwy 18 & HWY 138. Huge storage shed in backyard and huge apple tree full of fruit.

## Features
| Roof: | None | View: | Neighborhood |
| Pool: | None | Parking: | |
| Cooling: | | Structure: | |
| Heating: | Central Furnace | Exterior: | Frame |
| Utilities: | Public Water | Laundry: | In Garage |
| Ext Area: | Area | Interior: | |
| Fireplace: | Living Room | Rooms: | Master Bedroom |
| HOA: | | AptMaster: | |
| Rms: | | Floor: | |
| Lot Community: | Rural | | |

| Sold Date: | 01/09/2012 | | $105,000 |
| Sold Price: | $105,000 | | 11/14/2011 |
| | | CurrSRPc: | |
| | | Constrst. Date: | |

Customer Full - Residential          MLS#:11102446          Printed By: PATRICIA HERNANDEZ

© 2012 CRMLS. Information is believed to be accurate, but shall not be relied upon without verification.
Accuracy of Square footage, lot size and other information is not guaranteed.

http://bnrmlsmatrix.com/Matrix/Printing/Printing/PrintOptions.aspx?c=AEBAAAD*****AQAAAAAAAAAARAQ... 9/23/2012